# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2056
_____

S.L.H., Mother of D.D.H.,
A.M.H., C.L.H, R.S.H., W.J.H.,
Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Steven Warrick, Judge.


January 11, 2024

PER CURIAM.

     AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Candice K. Brower and Melissa Joy Ford, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for the Florida Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Tallahassee, for the Statewide Guardian ad Litem Office.